# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DWAINE JOSEPH WOODS, SR.

NO. 2021 KW 0614

**JULY 19, 2021**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-12-0330.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** See **State v. Woods,** 2019-1142 (La. App. 1st Cir. 6/16/21), 2021 WL 2451435 (unpublished).

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT